**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GABRIEL MCMORLAND, | Case No. 2:23-cv-01432-NR |
| Plaintiff, | |
| v. | |
| SKYTHE, INC., | |
| Defendant. | |

## <u>NOTICE OF DISMISSAL WITH PREJUDICE</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Gabriel McMorland hereby voluntarily dismisses with prejudice her claims against Defendant Skythe, Inc.

Dated: October 11, 2023                Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
(724) 730-1753

*Counsel for Plaintiff*